983 So.2d 626 (2008)
Anderson J. PARKER, Petitioner,
v.
STATE of Florida, Respondent.
No. 1D08-0677.
District Court of Appeal of Florida, First District.
May 1, 2008.
Rehearing Denied June 13, 2008.
Anderson J. Parker, Appellant, pro se, Petitioner.
Bill McCollum, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.
PER CURIAM.
DENIED. See Black v. State, 965 So.2d 1192 (Fla. 1st DCA 2007).
BROWNING, C.J., VAN NORTWICK, and LEWIS, JJ., concur.